UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at WINCHESTER

| | |
|---|---|
| SKYMONT FARMS, DUSTY WANAMAKER, ANTHONY WANAMAKER and CATRENIA WANAMAKER, | No. 4:09-cv-77 |
| *Plaintiffs,* | Judge Mattice |
| | Magistrate Judge Lee |
| v. | |
| SUZANNE NORTH, individually; CINDY ANDERSON, individually; RICHARD MACKIE, individually; SUZANNE NORTH DBA SUMMITVILLE CROP INSURANCE AGENCY; CINDY ANDERSON DBA SUMMITVILLE CROP INSURANCE AGENCY; RICHARD MACKIE DBA SUMMITVILLE CROP INSURANCE AGENCY; and SUMMITVILLE CROP INSURANCE AGENCY, | |
| *Defendants.* | |

## ORDER

In accordance with Federal Rule of Civil Procedure 16(b), the parties are hereby **ORDERED** to appear for a scheduling conference before the undersigned at **2:00 p.m. EST** on **September 30, 2009**, in Chambers, Room 104, 900 Georgia Avenue, Chattanooga, Tennessee. Should any party desire to reschedule the conference, please confer with all attorneys actively involved in this case and contact Martha Corts at (423) 752-5184 with a list of alternative dates and times.

**Prior to attending this conference, counsel are expected to discuss with their clients whether the parties will consent to have a United States Magistrate Judge conduct all further proceedings including trial and entry of a final judgment. A consent form can be downloaded from the Court's website:** http://www.tned.uscourts.gov/forms.php.

Attention is invited to Federal Rule of Civil Procedure 26(f) requiring a discovery planning meeting and Federal Rule of Civil Procedure 26(a)(1) requiring certain initial disclosures. The parties are encouraged to comply with these rules prior to attending this scheduling conference. If the parties are unable to so comply, the Court will order compliance at a time and place to be set forth in a scheduling order.

The purposes of this conference will be to discuss the possibility of settlement and to set a schedule for the expeditious management of the case. **All attorneys who are to be actively involved in this case are expected to be present in person.** The form which will be used for the scheduling order is available on the

Court's website: http://www.tned.uscourts.gov/judges.php?judge=3.  Those present should be prepared to discuss all matters which are mentioned in the form order.

        SO ORDERED.

    ENTER.

                                          */s/ Harry S. Mattice, Jr.*
                                          HARRY S. MATTICE, JR.
                                     UNITED STATES DISTRICT JUDGE