| | |
|---|---|
| SKYMONT FARMS, DUSTY WANAMAKER, | ) |
| ANTHONY WANAMAKER AND | ) |
| CATRENIA WANAMAKER, | ) |
| | ) |
| PLAINTIFFS                )| |
| | ) |
| | ) |
| VS. | ) CIVIL ACTION NO.: 4:09-cv-00077 |
| | ) JURY DEMANDED |
| SUZANNE NORTH, INDIVIDUALLY; | ) MATTICE/LEE |
| CINDY ANDERSON, INDIVIDUALLY; | ) |
| RICHARD MACKIE, INDIVIDUALLY; | )REMOVED FROM CIRCUIT COURT |
| SUZANNE NORTH DBA SUMMITVILLE | )OF GRUNDY COUNTY, TENNESSEE |
| CROP INSURANCE AGENCY; CINDY | ) |
| ANDERSON DBA SUMMITVILLE CROP | ) |
| INSURANCE AGENCY; RICHARD | ) |
| MACKIE DBA SUMMITVILLE CROP | ) |
| INSURANCE AGENCY; AND | ) |
| SUMMITVILLE CROP INSURANCE | ) |
| AGENCY, | ) |
| | ) |
| DEFENDANTS | ) |

* * * * * * * * * *

## ORDER

* * * * * * * * * *

This matter is presently before the undersigned on Plaintiffs' Motion seeking permission for

Attorney Ira S. Kilburn to withdraw as Co-Counsel for the Plaintiffs and as a Attorney of Record in

this Federal Court action, with Attorney Stephen E. Neal remaining as counsel for the Plaintiffs in this

Federal Court action. The Court having reviewed such Motion and the record herein, it is accordingly

**ORDERED** that such Motion is **GRANTED** and that Attorney Ira S. Kilburn shall no longer be

considered as Co-Counsel for the Plaintiffs or as an Attorney of Record in this Federal Court action.

SO ORDERED.

Enter!

s/Susan K. Lee

SUSAN K. LEE

## CERTIFICATE OF SERVICE

A true and accurate copy of this Order has been electronically mailed, via the CM-ECF system to:

Hon. Stephen E. Neal
White Peck Carrington, LLP
P.O. Box 950
Mt. Sterling, Kentucky 40353
sneal@whitepeckcarrington.com
ATTORNEY FOR PLAINTIFFS

Hon. Charles E. Moody
Hall, Booth, Smith & Slover, P.C.
The Tower
611 Commerce Street, Suite 3000
Nashville, Tennessee 37203
cmoody@hbss.net
CO-COUNSEL FOR DEFENDANTS
SUZANNE NORTH, CINDY ANDERSON
AND SUMMITVILLE CROP INSURANCE
AGENCY

Hon. James E. Looper, Jr.
Hall, Booth, Smith & Slover, P.C.
The Tower
611 Commerce Street, Suite 3000
Nashville, Tennessee 37203
jlooper@hbss.net
CO-COUNSEL FOR DEFENDANTS
SUZANNE NORTH, CINDY ANDERSON
AND SUMMITVILLE CROP INSURANCE
AGENCY.

Hon. Gregory W. Callaway
Howell & Fisher, PLLC
300 James Robertson Parkway
Court Square Building
Nashville, Tennessee 37201-1107
gcallaway@howell-fisher.com
COUNSEL FOR DEFENDANT
RICHARD MACKIE

and has been delivered by mailing a true and correct copy of same, postage prepaid, to:

Hon. Ira S. Kilburn
Law Office of Ira S. Kilburn
P.O. Box 356
Salt Lick, Kentucky 40371


on this the ___ day of _____, 2009.


_____
Clerk, United States District Court
Eastern District of Tennessee - Winchester Division