UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

SKYMONT FARMS; DUSTY WANAMAKER; )
ANTHONY WANAMAKER; AND )
CATRENIA WANAMAKER, )
)
PLAINTIFFS )
)
VS. ) CIVIL ACTION NO.: 4:09-cv-00077
) JURY DEMANDED
SUZANNE NORTH, INDIVIDUALLY; ) MATTICE/LEE
CINDY ANDERSON, INDIVIDUALLY; )
RICHARD MACKIE, INDIVIDUALLY; )
SUZANNE NORTH DBA SUMMITVILLE )
CROP INSURANCE AGENCY; CINDY )
ANDERSON DBA SUMMITVILLE CROP )
INSURANCE AGENCY; RICHARD )
MACKIE DBA SUMMITVILLE CROP )
INSURANCE AGENCY; AND )
SUMMITVILLE CROP INSURANCE )
AGENCY, )
)
DEFENDANTS )

\* \* \* \* \* \* \* \* \* \*
FED. R. CIV. P. 26(f) DISCOVERY PLAN
\* \* \* \* \* \* \* \* \* \*

Come the Plaintiffs and the Defendants, pursuant to Fed. R. Civ. P. 26(f), and hereby submit the following as their Discovery Plan:

1. That no changes be made in the timing, form or requirements for disclosures under Rule 26(a) or under the Local Rules at this time and that the parties shall follow the deadlines for such disclosures provided in the Scheduling Order entered herein on October 6, 2009, with such disclosures required by Rule 26(a)(1) to be made by December 4, 2009.

2. That the discovery provisions provided in the Scheduling Order entered herein on

October 6, 2009 are sufficient and that there is no current need to limit such discovery or to focus such discovery on particular issues.

3. That there are no necessary changes which should be made at this time to the limitations on discovery imposed by the Federal Rules of Civil Procedure or by Local Rule.

4. That there are no other Orders that should be entered by the Court at this time under Rule 26(c) or under Rule 16(b) or (c).

Respectfully submitted by:

_/s/ Stephen E. Neal_
Stephen E. Neal
ATTORNEY FOR PLAINTIFFS

_Charles Moody by ELF w/ express permission_
Charles Moody
ATTORNEY FOR DEFENDANTS SUZANNE NORTH, CINDY ANDERSON AND SUMMITVILLE CROP INSURANCE AGENCY

_Gregory W Callaway by ELF w/ express permission_
Gregory W. Callaway
ATTORNEY FOR DEFENDANT RICHARD MACKIE