IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
WINCHESTER DIVISION

| | |
|---|---|
| SKYMONT FARMS, DUSTY WANAMAKER, ANTHONY WANAMAKER and CATRENIA WANAMAKER<br><br>Plaintiffs,<br><br>VS.<br><br>SUZANNE NORTH, individually;<br>CINDY ANDERSON, individually;<br>RICHARD MACKIE, individually;<br>SUZANNE NORTH DBA SUMMITVILLE CROP INSURANCE AGENCY;<br>CINDY ANDERSON DBA SUMMITVILLE CROP INSURANCE AGENCY;<br>RICHARD MACKIE DBA SUMMITVILLE CROP INSURANCE AGENCY; and<br>SUMMITVILLE CROP INSURANCE AGENCY,<br><br>Defendants. | No. 4:09-CV-77<br>JUDGE MATTICE<br>MAGISTRATE JUDGE LEE<br>JURY DEMAND |

## RICHARD MACKIE'S RULE 26(a) INITIAL DISCLOSURES

In accordance with Federal Rule of Civil Procedure 26(a)(1)(A), Richard Mackie hereby makes his initial disclosures in this matter.

(i) The name, address and telephone number of each individual likely to have discoverable information, along with the subjects of that information, that disclosing party may use to support its claims or defenses:

Richard Mackie
530 Glade Creek Road
Sparta, TN 38583
Tel: 931-935-2904

Page -1-

Starting in the fall of 1998, Richard Mackie began a business partnership with Cindy Anderson, known as Summitville Crop Insurance Company. Richard Mackie dissociated from this partnership in July 2004.

(ii) Copies of documents to support claims or defense:

Following Richard Mackie's dissociation from the business partnership in July 2004, all documents remained with Summitville Corp Insurance Company/Cindy Anderson. To the extent that any potentially relevant documents (not privileged) can be identified which remain in possession and custody of Richard Mackie, same will be promptly produced.

(iii) A computation of damages claimed:

This defendant is not claiming any damages.

(iv) Insurance agreement:

A copy of the insurance agreement will be produced.

s/ Greg Callaway
Greg Callaway, BPR# 18575
HOWELL & FISHER, PLLC
Court Square Building
300 James Robertson Parkway
Nashville, TN 37201-1107
(615) 244-3370
Attorney for Defendant, Richard Mackie

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served via ECF upon Stephen E. Neal, 26 Broadway, P.O. Box 950, Mt. Sterling, KY 40353 and Charles E. Moody, Renaissance Tower, 611 Commerce Street, Suite 3000, Nashville, TN 37203; on this 7th day of December, 2009.

s/ Greg Callaway

F:\GWC\Skymont Farms\Initial Disclosure12-7-09.wpd

Page -2-

Case 4:09-cv-00077 Document 22 Filed 12/07/09 Page 2 of 2