IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
WINCHESTER DIVISION

| | |
|---|---|
| SKYMONT FARMS, DUSTY WANAMAKER, ANTHONY WANAMAKER and CATRENIA WANAMAKER<br><br>Plaintiffs,<br><br>VS.<br><br>SUZANNE NORTH, individually; CINDY ANDERSON, individually; RICHARD MACKIE, individually; SUZANNE NORTH DBA SUMMITVILLE CROP INSURANCE AGENCY; CINDY ANDERSON DBA SUMMITVILLE CROP INSURANCE AGENCY; RICHARD MACKIE DBA SUMMITVILLE CROP INSURANCE AGENCY; and SUMMITVILLE CROP INSURANCE AGENCY,<br><br>Defendants. | No. 4:09-CV-77<br>MAGISTRATE JUDGE LEE<br>JURY DEMAND |

## JOINT MOTION BY PARTIES FOR A STATUS CONFERENCE

Pursuant to Federal Rule of Civil Procedure16(b)(4), the parties hereby move jointly for a status conference in the above-captioned matter and for the similarly situated cases styled: <u>Cain Field Nursery, Bonita Farm Nursery, Travis Wanamaker, Anthony Wanamaker and Catrenia Wanamaker v. Suzanne North, individually; Cindy Anderson, individually; Richard Mackie, individually; Suzanne North DBA Summitville Crop Insurance Agency; Cindy Anderson DBA Summitville Crop Insurance Agency; Richard Mackie DBA Summitville Crop Insurance Agency; and Summitville Crop Insurance Agency</u>; No. 4:09-CV-98; In the United States District Court for the Eastern District of Tennessee Winchester Division; and <u>Scruggs Farm Nursery, Timothy</u>

Page -1-

Wanamaker and Wanamaker Nursery, Inc. v. Suzanne North, individually; Cindy Anderson, individually; Richard Mackie, individually; Suzanne North DBA Summitville Crop Insurance Agency; Cindy Anderson DBA Summitville Crop Insurance Agency; Richard Mackie DBA Summitville Crop Insurance Agency; and Summitville Crop Insurance Agency; No. 4:09-CV-97; In the United States District Court for the Eastern District of Tennessee Winchester Division.

After making their respective Rule 26 initial disclosures, the parties' respective undersigned counsel have held off on further discovery in light of the pending Motions in the cases styled: Skymont Farms, Dusty Wanamaker, Anthony Wanamaker and Catrenia Wanamaker v. Federal Crop Insurance Corporation, Risk Management Agency, United States Department of Agriculture and Nau Country Insurance Company; No. 4:09-CV-00065; In the United States District Court for the Eastern District of Tennessee Winchester Division; Cain Field Nursery; Bonita Farm Nursery; Travis Wanamaker; Anthony Wanamaker; and Catrenia Wanamaker v. Farmers Crop Insurance Alliance, Inc.; Great American Insurance Company; Federal Crop Insurance Corporation; Risk Management Agency; and United State Department of Agriculture; No. 4:09-CV-78; In the United States District Court for the Eastern District of Tennessee Winchester Division; and Scruggs Farm Nursery; Wanamaker Nursery, Inc.; and Timothy Wanamaker v. Farmers Crop Insurance Alliance, Inc.; Great American Insurance Company; Federal Crop Insurance Corporation; Risk Management Agency; and United State Department of Agriculture; No. 4:09-CV-79; In the United States District Court for the Eastern District of Tennessee Winchester Division. Dispositive Motions in these cases are still pending, which will have a significant impact on plaintiffs' claims in the present matter and similarly situated cases Cain Field and Scruggs Farm.

Based on the foregoing, the parties jointly move in their request for a telephonic status conference to discuss with this Honorable Court, *inter alia*, the presently set trial date of January 11, 2011.

 s/ Greg Callaway
Greg Callaway, BPR# 18575
HOWELL & FISHER, PLLC
Court Square Building
300 James Robertson Parkway
Nashville, TN 37201-1107
615/244-3370
Attorney for Defendant, Richard Mackie


 s/ Charles E. Moody by Greg Callaway with express permission granted June 17, 2010
Charles E. Moody, No. 011068
Hall, Booth, Smith & Slover, PC
Renaissance Tower
611 Commerce Street, Suite 3000
Nashville, TN 37203
615/313-9913
Attorney for Defendants, Suzanne North,
Cindy Anderson and Summitville Crop Insurance Agency


 s/ Stephen E. Neal by Greg Callaway with express permission granted June 16, 2010
Stephen E. Neal, No. 85548
White, Peck, Carrington, LLP
26 Broadway
P.O. Box 950
Mt. Sterling, KY 40353
859/498-2872
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served via ECF upon Stephen E. Neal, 26 Broadway, P.O. Box 950, Mt. Sterling, KY 40353 and Charles E. Moody, Renaissance Tower, 611 Commerce Street, Suite 3000, Nashville, TN 37203; on this 17th day of June, 2010.

s/ Greg Callaway

F:\GWC\Skymont Farms\Joint Motion6-14-10.wpd

Page -4-

Case 4:09-cv-00077   Document 30   Filed 06/17/10   Page 4 of 4