UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | |
|---|---|
| SKYMONT FARMS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | 4:09-cv-77 |
| v. ) | *Lee* |
| ) | |
| SUZANNE NORTH, *et al.*, ) | |
| ) | |
| Defendants. ) | |

___

| | |
|---|---|
| SCRUGGS FARM NURSERY, *et al.*, ) | |
| ) | |
| *Plaintiffs,* ) | No. 4:09-cv-97 |
| ) | *Lee* |
| v. ) | |
| ) | |
| SUZANNE NORTH, *et al.*, ) | |
| ) | |
| *Defendants.* ) | |

___

| | |
|---|---|
| CAIN FIELD NURSERY, *et al.*, ) | |
| ) | |
| *Plaintiffs,* ) | No. 4:09-cv-98 |
| ) | *Lee* |
| v. ) | |
| ) | |
| SUZANNE NORTH, *et al.*, ) | |
| ) | |
| *Defendants.* ) | |

## **ORDER**

Before the Court is the parties' joint motion for a status conference to discuss the possibility of postponing the dates in the Court's scheduling order [Case No. 4:09-cv-77, Doc. 30]. A telephonic status conference was held on July 1, 2010, and all parties appeared through counsel. The motion for a status conference was filed only in Case No. 4:09-cv-77, but the parties requested the

postponement of deadlines in two other related cases (Case Nos. 4:09-cv-97 and 4:09-cv-98), and the Court will treat the motion as having been filed in all three cases. The motion for a status conference is **GRANTED**, and for good cause shown, the scheduling orders for all three cases will be amended. Separate amended scheduling orders will be entered. The Clerk is **DIRECTED** to file this Order in each of the three cases to which it pertains.

SO ORDERED.

ENTER:

*s/Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE